ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

Attorney for Plaintiffs
JUAN RUIZ, MISAEL LOPEZ MARTINEZ &
BRIDIGO MENDOZA

RICHARD GUGGENHEIM
DEKLOTZ & GUGGENHEIM
99 Almaden Boulevard, Suite 300
Telephone: 408-998-2700
Fax:         408-998-4708

Attorney for Defendant
Allied Property Services Inc.

**E-filed 7/30/07**

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| JUAN RUIZ, MISAEL LOPEZ MARTINEZ & BRIDIGO MENDOZA, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br>vs.<br><br>ALLIED PROPERTY SERVICES, INC., DAVID GINN, & DOES 1 TO 10<br><br>Defendants | Case No.: C07-01248 JF<br><br>STIPULATION TO FILE SECOND AMENDED COMPLAINT & TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [P~~ROPOSED~~] ORDER |
|---|---|

     Plaintiffs Juan Ruiz, Misael Lopez Martinez and Bridigo Mendoza, and Defendants Applied Property Services, Inc., through their counsel, hereby stipulate as follows:

     1.     Plaintiff filed the Complaint on March 2, 2007.

     2.     The case was first assigned to the Magistrate Judge Honorable Howard Lloyd, and was reassigned to this Court on June 1, 2007 upon Plaintiffs' declination to proceed before a

i          C07-01248 JF
STIPULATION TO FILE SAC & TO CONTINUE CMC
Ruiz, et al. v, Allied Proeprty Services Inc., et al.

1  magistrate judge.  An order rescheduling Initial Case Management Conference was issued on
2  June 27, 2007.
3       3.     Summons were served on Defendant Allied Property Services Inc.
4       4.     However, while Complaint intends to name the owner of the corporate Defendant,
5  a wrong individual was named on the Complaint.
6       5.     Defendant counsel and Plaintiffs counsel had met and confer and agreed to
7  stipulate to allow Plaintiffs to file a Second Amended Complaint to name the correct person, and
8  Allied Property Services Inc. shall have until 20 days after the service of Second Amended
9  Complaint upon Defendant's counsel Mr. Richard Guggenheim to file an answer or otherwise
10 respond to the Complaint.
11      6.     As such, parties respectfully request that the Court grant Plaintiffs leave to file
12 a Second Amended Complaint attached hereto as Exhibit 1.
13      7.     Parties further stipulate and request that the Court continue the Initial Case
14 Management currently scheduled on July 27, 2007 for 30 days until August 31, 2007, as
15 Defendant's counsel Mr. Guggenheim has a scheduling conflict on that day, and also to allow
16 Defendants counsel sufficient time to familiarize themselves with the case.

                               Respectfully submitted:

Dated:  July 23, 2005                DAL BON & WANG
                               ADAM WANG


                               By:   /s/ ADAM WANG
                                   Adam Wang
                                   Attorney for Plaintiffs
                                   JUAN RUIZ, MISAEL LOPEZ
                                   MARTINEZ & BRIDIGO
                                   MENDOZA

Dated:  July 23, 2005                DEKLOTZ & GUGGENHEIM
                               RICHARD GUGGENHEIM
                               By:  /s/ RICHARD GUGGENHEIM
                                   Richard Guggenheim
                                   Attorney for Defendant
                                   Allied Property Services Inc.

ii                                                        C07-01248 JF
STIPULATION TO FILE SAC & TO CONTINUE CMC
Ruiz, et al. v, Allied Proeprty Services Inc., et al.

1

2  _____

3  [PROPOSED] ORDER

4

5       Pursuant to party's stipulation, IT IS HEREBY ORDERED that Plaintiffs shall file the ~~file~~

6  Second Amended Complaint no later than July <u>31</u>, 2007; Defendants shall ~~fiel~~ file an answer or

7  otherwise respond ~~tot eh~~ to the Complaint no later than <u>8/20/07</u>; the Initial Case Management

8  Conference currently scheduled on July 27, 2007, 2007 be continued to August 31, 2007.

9       IT IS SO ORDERED.

10

11  Dated: <u>7/30/07</u>                      _____

12                                          Jeremy Fogel
                                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION TO FILE SAC & TO CONTINUE CMC
Ruiz, et al. v, Allied Proeprty Services Inc., et al.