ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 292-1045

Attorney for Plaintiffs
JUAN RUIZ, MISAEL LOPEZ MARTINEZ &
BRIDIGO MENDOZA

RICHARD GUGGENHEIM (State Bar #71055)
DEKLOTZ & GUGGENHEIM
99 Almaden Boulevard, Suite 710
San Jose, CA 95113
Telephone:  408-998-2700
Fax:        408-998-4703

Attorney for Defendant
Allied Property Services Inc. & Bryan Shisler

*efiled 11/26/07

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| JUAN RUIZ, MISAEL LOPEZ MARTINEZ & BRIDIGO MENDOZA, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PROPERTY SERVICES, INC., DAVID GINN, & DOES 1 TO 10<br><br>Defendants | Case No.: C07-01248 JF<br><br>**STIPULATION TO CONTINUE DEADLINE FOR MEDIATION** |
|---|---|

Plaintiffs and Defendants, through their counsel, stipulate to continue the deadline to complete mediation as follows:

1. Parties have stipulated to participate in the Court sponsored mediation, and currently the deadline to complete the mediation is December 14, 2007.

2. Parties have held a pre-mediation conference with the Court appointed mediator Mr. Fred Butler.

3. However, due to counsel's schedule conflict, parties are unable to schedule a mediation prior to the current deadline. Parties have tentatively scheduled a mediation on December 17, 2007, pending this Court's granting this request to continue the deadline for mediation.

4. As such, parties respectfully request that the Court continue the deadline to complete the mediation until December 31, 2007.

| | | |
|---|---|---|
| Dated: November 9, 2007 | By: | /s/ Adam Wang |
| | | Adam Wang |
| | | Attorney for Plaintiffs |

| | | |
|---|---|---|
| Dated: November 10, 2007 | By: | DEKLOTZ & GUGGENHEIM |
| | | RICHARD GUGGENHEIM |
| | | |
| | By: | /s/ RICHARD GUGGENHEIM |
| | | Richard Guggenheim |
| | | Attorney for Defendants |
| | | Allied Property Services Inc. |

_____

Pursuant to parties' stipulation, IT IS HEREBY ORDERED that the deadline to complete the mediation be continued to December 31, 2007.

IT IS SO ORDERED.

Dated: November 21, 2007         By: _____
                                 Hon. Jeremy Fogel

STIPULATION TO CONTINUE
Ruiz v. Allied Property, et al.