ADAM WANG (STATE BAR NUMBER 201233)
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

Attorney for Plaintiffs
JUAN RUIZ, MISAEL LOPEZ MARTINEZ &
BRIDIGO MENDOZA

RICHARD GUGGENHEIM
DEKLOTZ & GUGGENHEIM
99 Almaden Boulevard, Suite 710
Telephone: 408-998-2700
Fax: 408-998-4708

Attorney for Defendant
Allied Property Services Inc. & Bryan Shisler

# UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RUIZ, MISAEL LOPEZ MARTINEZ & BRIDIGO MENDOZA, individually and on behalf of others similarly situated<br><br>Plaintiffs,<br>vs.<br><br>APPLIED PROPERTY SERVICES, INC., DAVID GINN, & DOES 1 TO 10<br><br>Defendants | Case No.: C07-01248 JF<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

This case is currently scheduled for a further Case Management Conference on January 4, 2008. Parties, through their respective counsel, have engaged in further settlement discussions subsequent to the mediation, and the settlement is now subject to the final approval of the Plaintiffs. Parties request that the Court continue the Case management Conference scheduled on January 4, 2008 for one week to January 11, 2008.

i     C07-01248 JF

STIPULATION TO CONTINUE CMC
Ruiz, et al. v, Allied Proeprty Services Inc., et al.

Dated: January 2, 2007                     ADAM WANG

                                           By:   /s/ ADAM WANG
                                                 Adam Wang
                                                 Attorney for Plaintiffs
                                                 JUAN RUIZ, MISAEL LOPEZ
                                                 MARTINEZ & BRIDIGO
                                                 MENDOZA

Dated: January 2, 2008                     DEKLOTZ & GUGGENHEIM
                                           RICHARD GUGGENHEIM


                                           By: /s/ RICHARD GUGGENHEIM
                                                 Richard Guggenheim
                                                 Attorney for Defendants
                                                 Allied Property Services Inc.


The Case Management Conference is continued to 1/14/08 at 10:30 AM.

   1/4/08

                                           Judge Jeremy Fogel, US District Court